# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sonderby, Susan P. | U.S. Bankruptcy Court for the Northern District of Illinois | 08/20/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final<br>5b. ☑ Amended Report | 01/01/2011 to 05/15/2012 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
219 S Dearborn Street, Room 638
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Bar Association - Chicago Chapter |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 5/15/12 | ULMER BERNE LLP OF COUNSEL (S) |
| 2. 5/15/12 | SPOUSE'S NAME PC LAW PRACTICE (S) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northern Trust Co. accts (includes joint) | A | Interest | K | T | | | | | |
| 2. Fifth Third Bank | A | Interest | J | T | | | | | |
| 3. Exelon Corp (Common) | D | Dividend | M | T | | | | | |
| 4. Honeywell Int, Inc (Common) | A | Dividend | J | T | | | | | |
| 5. Northern Trust Securities Money Market | A | Dividend | J | T | | | | | |
| 6. Capmark Bank Midvale Utah | A | Interest | | | Sold | 2/11/11 | K | | |
| 7. GMAC Bank Midvale Utah CD | A | Interest | | | Sold | 04/14/11 | L | | |
| 8. Lakeside Bank Chicago | A | Interest | | | Sold | 04/14/11 | K | | |
| 9. Baird-Money Market | | None | J | T | | | | | |
| 10. Goldman Sachs Trust Small Cap | | None | | | Sold | 7/27/11 | J | | |
| 11. Blackrock Fund Inflation Protected Bond Port | A | Dividend | J | T | Sold (part) | 7/27/11 | J | | |
| 12. Eaton Vance Mut Strategic Income | A | Dividend | | | Sold | 10/27/11 | J | | |
| 13. JP Morgan Trust Short Duration Bond Fund | A | Dividend | | | Sold | 7/27/11 | J | | |
| 14. Pimco Total Return Fund | A | Dividend | J | T | Sold (part) | 7/27/11 | J | | |
| 15. Pimco Mgmt GNMA | A | Dividend | J | T | Sold (part) | 7/27/11 | J | | |
| 16. Templeton Global Bond Fund | A | Dividend | J | T | Sold (part) | 7/27/11 | J | | |
| 17. Pioneer Fund (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFB Northen Fund Stk Index | C | Dividend | M | T | Sold (part) | 9/29/11 | J | | |
| 19. Lincoln Way Community (Inherited) | | None | K | T | | | | | |
| 20. MFB Northern Multi-Manager Midcap | A | Dividend | K | T | | | | | |
| 21. MFB Northern Multi-Manager Intl Equity | B | Dividend | M | T | Sold (part) | 11/4/11 | K | | |
| 22. MFB NOrthern Multi-Manager - Emerging Mkts Equity | D | Dividend | L | T | Sold (part) | 02/17/11 | K | | |
| 23. MFB Northern Funds Short Inter Tax Exempt | B | Dividend | | | Sold | 06/06/11 | M | | |
| 24. MFB Northern Funds High Yield Municipal | C | Interest | M | T | Sold (part) | 11/17/11 | L | | |
| 25. MFB Northern Funds Inter Tax Exempt | C | Interest | M | T | Sold (part) | 06/06/11 | L | | |
| 26. MFB Northern Manager Global Real Estate | B | Dividend | K | T | Sold (part) | 02/17/11 | J | | |
| 27. MFC SPDR Gold Trust Gold | | None | K | T | Sold (part) | 09/01/11 | K | | |
| 28. Pearl Investment LLC (X) (inherited) | | None | L | T | | | | | |
| 29. MFO Pimco Funds Pac Invt Mgmt Ser Commodity | B | Dividend | J | T | Sold (part) | 09/29/11 | J | | |
| 30. MFB Northern Fund MM | A | Dividend | K | T | | | | | |
| 31. MFC Ishares TR Barclays Tips | A | Dividend | | | Sold | 09/29/11 | K | | |
| 32. Altria Group Inc | A | Dividend | J | T | | | | | |
| 33. American Movil Series L | A | Dividend | K | T | | | | | |
| 34. American Movil Series A | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Archer Daniels Midland | A | Dividend | | | Sold | 11/14/11 | J | | |
| 36. Arthur J Gallagher & Co | A | Dividend | J | T | | | | | |
| 37. Baxter Intl Inc | A | Dividend | K | T | | | | | |
| 38. Cardinal Health Inc | A | Dividend | | | Sold | 11/14/11 | J | | |
| 39. Chevron Corp | A | Dividend | J | T | | | | | |
| 40. Clorox Co | A | Dividend | K | T | | | | | |
| 41. Conocophillips | A | Dividend | J | T | | | | | |
| 42. Exelon Corp | B | Dividend | | | Sold | 11/14/11 | K | | |
| 43. Halliburton Co | A | Dividend | | | Sold | 11/14/11 | J | | |
| 44. Hasbro Inc | A | Dividend | J | T | | | | | |
| 45. Integrys Energy Group Inc | A | Dividend | J | T | | | | | |
| 46. Intel Corp | A | Dividend | K | T | | | | | |
| 47. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 48. Kraft Foods Class A | A | Dividend | J | T | | | | | |
| 49. Microsoft Corp | A | Dividend | J | T | | | | | |
| 50. Nestle SA SPNSD | A | Dividend | K | T | | | | | |
| 51. Nicor Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Occidental Petroleum Corp | D | Dividend | K | T | | | | | |
| 53. Pepsico Inc | A | Dividend | | | Sold | 11/14/11 | J | | |
| 54. Perkinelmer Inc | A | Dividend | J | T | | | | | |
| 55. Pfizer Inc | A | Dividend | J | T | | | | | |
| 56. Philip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 57. Pier 1 Imports Inc | | None | J | T | | | | | |
| 58. Reynolds American Inc | A | Dividend | J | T | | | | | |
| 59. Snap On Inc | A | Dividend | J | T | | | | | |
| 60. Telefonos De Mexico Ser A | A | Dividend | | | Sold | 11/22/11 | K | | |
| 61. Telefonos De Mexico TMX | A | Dividend | | | Sold | 11/22/11 | J | | |
| 62. Wal-Mart De Mexico Series | A | Dividend | J | T | | | | | |
| 63. Greenhaven Continuous (X) | A | Interest | K | T | | | | | |
| 64. Aberdeen Latin America Equity Fund | A | Dividend | J | T | | | | | |
| 65. Alger Institutional Fund Small Cap | A | Dividend | K | T | | | | | |
| 66. Alliance Bernstein Income Fund | C | Dividend | K | T | | | | | |
| 67. Artisan Fds Inc Small Cap | B | Dividend | K | T | | | | | |
| 68. Artisan Fds Inc Mid Cap -ARTQX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Artisan Mid Cap - ARTMX | | None | K | T | Buy (add'l) | 02/16/11 | K | | |
| 70. Blackrock Apex Municipal Fund | A | Dividend | J | T | | | | | |
| 71. Columbia Acorn TR | A | Dividend | K | T | | | | | |
| 72. DNP Select Income | A | Dividend | J | T | | | | | |
| 73. Dreyfus High Yield Strategies Fund | A | Dividend | | | Sold | 02/16/11 | J | | |
| 74. Franklin Tax Free | C | Dividend | K | T | | | | | |
| 75. Harbor Fund Small Cap | A | Dividend | K | T | | | | | |
| 76. Mainstay Funds High Yield | E | Dividend | M | T | Sold (part) | 11/14/11 | M | | |
| 77. MFS High Yield Municipal Trust | A | Dividend | | | Sold | 02/16/11 | J | | |
| 78. Morgan Stanley - Global Real Estate | A | Dividend | | | Sold | 11/14/11 | L | | |
| 79. Morgan Stanley Instl Real Estate | | None | | | Sold | 11/14/11 | K | | |
| 80. Nuveen Multi Strategy Income | A | Dividend | | | Sold | 02/16/11 | J | | |
| 81. Nuveen PremierMunicipal Income | A | Dividend | | | Sold | 02/16/11 | J | | |
| 82. Pimco Municipal Income | A | Dividend | | | Sold | 02/06/11 | J | | |
| 83. Pioneer Global High Yield Fund | C | Dividend | L | T | | | | | |
| 84. Price T Rowe High Yield Fund | A | Dividend | | | Sold | 02/16/11 | J | | |
| 85. Rainier Investment | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T Rowe Price Intl Emerging Markets | A | Dividend | | | Sold | 02/16/11 | K | | |
| 87. Templeton Dragon | | None | | | Sold | 02/16/11 | J | | |
| 88. Templeton Global | | None | | | Sold | 11/14/11 | K | | |
| 89. Templeton Global Invt | A | Dividend | | | Sold | 11/14/11 | L | | |
| 90. Thornburg Invt | A | Dividend | K | T | | | | | |
| 91. Permanent Portfolio | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 92. Columbia Energy & NatL | A | Dividend | K | T | Buy | 02/16/11 | K | | |
| 93. Franklin Fed TX FR Inc | | None | L | T | Buy | 11/14/11 | L | | |
| 94. Franklin High Yield | | None | L | T | Buy | 11/14/11 | L | | |
| 95. GRNHVN CMDTY Index | | None | K | T | Buy | 02/16/11 | K | | |
| 96. Ivy Global Nat Res | | None | J | T | Buy | 02/16/11 | J | | |
| 97. Rdewrth Seixfltg | B | Dividend | M | T | Buy | 11/14/11 | M | | |
| 98. WT Mut FD CRM | | None | K | T | Buy | 02/16/11 | K | | |
| 99. WT MUT FD CRM | | None | | | Sold | 11/14/11 | K | | |
| 100. MFC Flexshares 3yrs | A | Dividend | J | T | Buy | 6/10/11 | J | | |
| 101. MFC Flexshares 5yrs | A | Dividend | J | T | Buy | 6/10/11 | J | | |
| 102. MFC Flexshares Global | A | Dividend | J | T | Buy | 6/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MFB Northern Small Cap | | None | K | T | Buy | 6/10/11 | K | | |
| 104. Alliance Bernstein High Income | A | Dividend | J | T | Buy | 5/2/11 | J | | |
| 105. Franklin Strategic | A | Dividend | J | T | Buy | 4/4/11 | J | | |
| 106. Hancock John Strategic | A | Dividend | J | T | Buy | 5/2/11 | J | | |
| 107. Ishares Trust Barclays | A | Dividend | J | T | Buy | 3/11/11 | J | | |
| 108. JP Morgan High Yield | A | Dividend | J | T | Buy | 4/4/11 | J | | |
| 109. Lord Abbett IRVT TR | A | Dividend | J | T | Buy | 4/4/11 | J | | |
| 110. MFS Ser TR Emerging | A | Dividend | J | T | Buy | 4/4/11 | J | | |
| 111. Manager Fund Intermediate | A | Dividend | J | T | Buy | 11/2/11 | J | | |
| 112. Oppenheimer Senior | A | Dividend | J | T | Buy | 4/4/11 | J | | |
| 113. Price T Rowe | A | Dividend | J | T | Buy | 5/2/11 | J | | |
| 114. Accenture Ireland | A | Dividend | J | T | Buy | 03/15/12 | J | | |
| 115. Apple Inc | A | Dividend | J | T | Buy | 05/03/12 | J | | |
| 116. Canadian Natl Railway | A | Dividend | J | T | Buy | 2/15/12 | J | | |
| 117. Chevron Corp | A | Dividend | J | T | Buy | 02/15/12 | J | | |
| 118. Laboratory Corp | A | Dividend | J | T | Buy | 03/26/12 | J | | |
| 119. MC Cormic & Co | A | Dividend | J | T | Buy | 2/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Nike Inc Class B | A | Dividend | J | T | Buy | 2/15/12 | J | | |
| 121. Artisan Intl | A | Dividend | J | T | Buy | 11/15/11 | J | | |
| 122. Victory Portfolios | A | Dividend | K | T | | | | | |
| 123. Harris Bank Account | | None | J | T | | | | | |
| 124. Rydex SGI | | None | L | T | | | | | |
| 125. Goeken Group Corp (common) | | None | J | T | | | | | |
| 126. Tesoro | | None | J | T | | | | | |
| 127. Wells Fargo Advantage Funds | | None | K | T | | | | | |
| 128. FPA Cresent Instl | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 129. Time Share Royal Mayan Villas Cancun | | None | K | T | | | | | |
| 130. Royal Sand Time Share Cancun MX | | None | K | T | | | | | |
| 131. Northern Trust Co (S) | A | Interest | K | T | | | | | |
| 132. Federated Prime Obligation (S) | A | Dividend | L | T | Buy (add'l) | 12/30/11 | K | | |
| 133. U.S. Government Securities (S) | C | Interest | L | T | | | | | |
| 134. Aberdeen Asia Pacific Inc Fund (S) | C | Dividend | M | T | | | | | |
| 135. Household Finance Corp Note (S) | A | Interest | K | T | | | | | |
| 136. 1-800 Flowers Com (S) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CSX Corp (S) | A | Dividend | L | T | | | | | |
| 138. Norfolk Southern Corp (S) | A | Dividend | L | T | | | | | |
| 139. Union Pacific Corp (S) | A | Dividend | M | T | | | | | |
| 140. Calamos Invt TR New Global Growth (S) | | None | L | T | | | | | |
| 141. Canadian Natl Railway (S) | A | Dividend | L | T | | | | | |
| 142. Henderson Global Equity Income Fund (s) | A | Dividend | K | T | | | | | |
| 143. Hartford Mut FDS Inc Cap Apprec (S) | | None | L | T | | | | | |
| 144. American Express Centurion Bank (S) | A | Interest | L | T | | | | | |
| 145. Columbia Funds Marisco Focused (S) | | None | L | T | | | | | |
| 146. Selected American Shares (S) | B | Dividend | L | T | | | | | |
| 147. Henderson Global FDS Intl Opptys (S) | A | Dividend | K | T | | | | | |
| 148. Baron Asset FD (S) | A | Dividend | L | T | | | | | |
| 149. Discover Financial Svc (S) | A | Dividend | J | T | | | | | |
| 150. Wm Wrigley Junior Note (S) | | None | K | T | | | | | |
| 151. Allstate Corp (S) (Common) | A | Dividend | J | T | | | | | |
| 152. American Express Co (S) (Common) | A | Dividend | K | T | | | | | |
| 153. Corn Products Intl Inc (S) | A | Dividend | K | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Lehman Brothers Holding Inc (S) | | None | J | T | | | | | |
| 155. Waste Maanagement Stock (S) | A | Dividend | J | T | | | | | |
| 156. AIM : European Growth Fund (S) | A | Dividend | J | T | | | | | |
| 157. Merill Lynch Bank USA RASP (S) | | None | J | T | | | | | |
| 158. Merill Lynch Retirement Rsvrs (S) | A | Dividend | | | Sold | 11/1/11 | J | | |
| 159. American Funds: The Investments Co. of America (S) | A | Dividend | | | Sold | 11/11/11 | J | | |
| 160. American Funds: Washington Mutal Investors Fund (s) | A | Dividend | | | Sold | 11/11/11 | J | | |
| 161. American Funds: The Income Fund of America (S) | B | Dividend | | | Sold | 11/11/11 | K | | |
| 162. American Funds : American Balanced Fund (S) | A | Dividend | J | T | Sold (part) | 11/11/11 | J | | |
| 163. American Funds : Intermediate Bond Fund (S) | A | Dividend | J | T | Sold (part) | 11/11/11 | J | | |
| 164. American Funds US Govt Securities (S) | B | Dividend | J | T | Sold (part) | 11/11/11 | J | | |
| 165. Ameriprise Financial Inc (S) | A | Dividend | J | T | | | | | |
| 166. Morgan Stanley Dean Witter Trust (S) | A | Dividend | J | T | | | | | |
| 167. Lord Abbett Invt TR Convertible Fd (S) | A | Dividend | K | T | | | | | |
| 168. Matthews Intl Fds Asia Pacific Fund (S) | A | Dividend | L | T | | | | | |
| 169. Thrid Ave Value FD (S) | B | Dividend | L | T | | | | | |
| 170. Thornburg Invt Tr Income Builder (S) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Discover Bank (S) | | None | K | T | | | | | |
| 172. Berkshire Hathaway Inc (S) | | None | L | T | | | | | |
| 173. Deere & Co (S) | A | Dividend | K | T | | | | | |
| 174. Kansas City Southern New (S) | | None | L | T | | | | | |
| 175. American Express Credit Corp Note (S) | | None | L | T | | | | | |
| 176. Mansfield TX School Bond (S) | A | Interest | K | T | | | | | |
| 177. Columbia Acorn TR Fund (S) | B | Dividend | L | T | | | | | |
| 178. Lord Abbett Invt Tr Floating Rate Fund (S) | B | Dividend | M | T | | | | | |
| 179. Steelpath MLP Funds Trust Alpha CLI (S) | B | Dividend | L | T | | | | | |
| 180. Northern Money Market (S) | A | Dividend | M | T | | | | | |
| 181. Monsato Co New (S) | A | Dividend | J | T | | | | | |
| 182. IVA Fidiciary Trust / IVA Worldwide FD Class I (S) | A | Dividend | K | T | Buy | 1/18/11 | K | | |
| 183. John Hancock Discplined Midcap | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 184. Brown Capital Mgmt Small Co | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 185. Calamos Invest Intl Growth | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 186. Dreyfus Emerging Markets | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 187. Eagle Mid Cap Growth | | None | J | T | Buy | 01/17/12 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Fairholme Funds | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 189. Gamco Westwood Mighty Mites | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 190. Ing Real estate | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 191. JP Morgan Emerging Markets | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 192. Lord Abbett Sec Fundamental Equity | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 193. Victory Establish Value | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 194. Wells Fargo Adv Small Cap | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 195. Yacktman | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 196. Aim Invesco Convertible Securities | A | Dividend | J | T | Buy | 01/17/12 | J | | |
| 197. Blackrock Global Allocation | A | Dividend | J | T | Buy | 01/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sonderby, Susan P. | 08/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts

Spouse's assets designated with (S)

Reports were prepared by Computer Accounting Service Inc from information provided by the Judge and her Spouse.


Part VII, Page 11, Line 124 Security Mgmt Co LLC Name change to Rydex SGI

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan P. Sonderby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544